UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIMON SCHATZMANN, JOHN MESSINA, and JOHN LEZOTTE, <br><br>                           Plaintiffs,<br><br>                -v.-<br><br>HARRIS PARTNERS LTD., HARRIS TRUST PARTNERS LLC, and EDWARD P. HARRIS,<br><br>                           Defendants. | 21 Civ. 7301 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On April 8, 2022, the Court issued an endorsement scheduling a combined initial pretrial and pre-motion conference for April 29, 2022, and directed the Clerk of Court to mail the endorsement to Defendant Edward P. Harris's address of record. (Dkt. #16). On April 20, 2022, the Court was notified that its endorsement was returned to the Court as undeliverable. The Court understands that the endorsement could not be delivered to Defendant because it was addressed to Edward P. Harris rather than David Wanger. Given that Defendant, who is proceeding *pro se*, has not received the Court's endorsement as of the date of this Order, the Court ADJOURNS the conference currently scheduled for April 29, 2022, to **June 3, 2022, at 11:00 a.m.**

It is ORDERED that on **June 3, 2022, at 11:00 a.m.**, the Warden or other official in charge of FCI Otisville produce prisoner David Wagner, USM #12143-070, at a suitable location within FCI Otisville equipped with a telephone, for the purpose of participating by telephone in the conference with

the Court and Plaintiffs' counsel in the above referenced matter. If this date and time present an inconvenience, the Warden or the Warden's designee should promptly inform Chambers by calling (212) 805-0290.

It is further ORDERED that counsel for Plaintiffs (i) transmit this Order to the Warden forthwith; (ii) contact FCI Otisville forthwith to arrange the call and to determine the telephone number at which Defendant will be reachable at the above date and time; and (ii) telephone the Court with Defendant on the line at the date and time of the conference. The dial-in information for the conference is as follows: At the scheduled date and time, the parties shall call (888) 363-4749 and enter access code 5123533. Please note that the conference line will not be available until 11:00 a.m.

Lastly, the Clerk of Court is directed to mail a copy of this Order and the attached endorsement to Defendant Harris at the following address:

> David Wagner, #12143-070
> FCI Otisville
> Satellite Camp
> PO Box 1000
> Otisville, NY 10963

SO ORDERED.

Dated:   April 22, 2022
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge