UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIMON SCHATZMANN, JOHN MESSINA,
and JOHN LEZOTTE,

Plaintiffs,

-v.-

HARRIS PARTNERS LTD., HARRIS TRUST
PARTNERS LLC, and EDWARD P. HARRIS,

Defendants.

21 Civ. 7301 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

After many months of delay in this matter occasioned by

Defendant/Putative Counter-Claimant Harris's difficulty retaining counsel

while incarcerated, the Court determined that "if Harris is unable to retain

counsel by March 31, 2023, the Court will hold a conference to set a briefing

schedule for all potential motions, at which Harris may proceed pro se." (Dkt.

#42).  That deadline has now passed, and no counsel has entered an

appearance for Harris.

Accordingly, it is hereby ORDERED that the Warden or other official in

charge of F.C.I. Otisville produce prisoner Edward P. Harris, ID# 12143-070, at

**11:00 a.m.** on **May 10, 2023**, at a suitable location within the F.C.I. Otisville

equipped with a telephone, for the purpose of participating by telephone in the

conference with the Court and Plaintiffs' counsel in the above referenced

matter.  If this time and date presents an inconvenience, the Warden or the

Warden's designee should promptly inform Chambers by calling (212) 805-

0290.

Counsel for Plaintiffs shall (i) transmit this Order to the Warden forthwith; (ii) contact F.C.I. Otisville forthwith to arrange the call and to determine the telephone number at which *pro se* Plaintiff will be reachable at the above time and date; and (iii) telephone the Court with *pro se* Plaintiff on the line at the time and date of the conference.  The dial-in information is as follows: At 11:00 a.m. the parties shall call (888) 363-4749 and enter access code 5123533.  Please note that the conference line will not be available until 11:00 a.m.

The Clerk of Court is directed to mail a copy of this Order to Defendant's address of record as reflected in the Court's April 22, 2022 Order (Dkt. #24).

SO ORDERED.

Dated:   April 3, 2023
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge