UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIMON SCHATZMANN, JOHN MESSINA, and JOHN LEZOTTE,

       Plaintiffs,

-v.-

HARRIS PARTNERS LTD., HARRIS TRUST PARTNERS LLC, and EDWARD P. HARRIS,

       Defendants.

21 Civ. 7301 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

 On January 4, 2024, the Court was informed that its December 7, 2023 Order (Dkt. #59), mailed to Defendant Edward P. Harris on December 11, 2023, was returned to the Court as not deliverable. Accordingly, the Clerk of Court is directed to mail a copy of the Court's December 7, 2023 Order (Dkt. #59), as well as a copy of the instant Order, to the following address, the current address for Defendant on record with the Federal Bureau of Prisons:

 DAVID WAGNER, #12143-070
 FCI CUMBERLAND
 FEDERAL CORRECTIONAL INSTITUTION
 SATELLITE CAMP
 P.O. BOX 1000
 CUMBERLAND, MD 21501

 Due exclusively to these extenuating circumstances, the Court hereby ADJOURNS the deadline by which Defendant must file his response to Plaintiffs' motion to dismiss Defendant's counterclaims, to deny Defendant's

motion to dismiss the Complaint, and to strike Defendant's answer to **January 26, 2024**. There will be no further extensions of this deadline.

SO ORDERED.

Dated:   January 5, 2024
           New York, New York

KATHERINE POLK FAILLA
United States District Judge