UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIMON SCHATZMANN, JOHN MESSINA, and JOHN LEZOTTE,<br><br>                              Plaintiffs,<br><br>                   -v.-<br><br>HARRIS PARTNERS LTD., HARRIS TRUST PARTNERS LLC, and EDWARD P. HARRIS,<br><br>                              Defendants | 21 Civ. 7301 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court has reviewed the status update provided by Plaintiffs in the above-captioned case. (Dkt. #70). The Court does not believe that it would be appropriate, in the event of a dismissal with prejudice, "to retain[] jurisdiction should the case need to be reopened in the future." (*Id.* at 1). For example, because Plaintiffs seek a dismissal with prejudice, the Court is unaware for what future action it would retain jurisdiction. If the parties decide to request dismissal of the case with prejudice and without retention of jurisdiction, the parties of course could instead seek to relate a later case, if one were to be filed, to this case. The parties are ORDERED to provide a status update on or before **November 22, 2024**.

The Clerk of Court is directed to mail a copy of this Order and of the status update contained at docket entry 70 to Defendant at the following address:

Edward P. Harris a/k/a David Wagner
Reg. No. 12143-070
Bronx RRC
2532-2534 Creston Avenue
Bronx, NY 10468

SO ORDERED.

Dated: October 28, 2024
       New York, New York

_____<br>
KATHERINE POLK FAILLA<br>
United States District Judge